**No. 53068.**—The A. W. Fenton Co. *v.* United States, protests 139070–K and 139071–K (New York).

Opinion by JOHNSON, J. At the trial counsel for the Government recommended that allowances be made in accordance with the amended memorandum of the collector. An examination of said memorandum showed that since May 1948 the collector's office had been passing drums containing metallic cobalt granules free of duty as one-time shippers, and as the drums in question are of the kind mentioned, the collector would not object to a stipulation being entered into to the effect that they are one-time shippers. In view of the evidence presented the claim of the plaintiff was sustained.

**No. 53069.**—James E. Fox & Co., Inc. *v.* United States, protest 144680–K (New York).

Opinion by JOHNSON, J. An examination of the official papers disclosing that the protest was not filed within the prescribed time, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.

**No. 53070.**—Davies, Turner & Co. *v.* United States, protest 144736–K (New York).

Opinion by JOHNSON, J. An examination of the official papers disclosing that the protest was not filed within the prescribed time, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.

**No. 53071.**—Caron Spinning Company *v.* United States, protest 132281–K/1235 (Chicago).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.